IN THE

# SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW JERSEY.

### NOVEMBER TERM, 1911.

---

WALTER CHAMBERS v. PHILADELPHIA PICKLING
COMPANY.

Submitted July 6, 1911—Decided November 13, 1911.

When the record of a trial court has been removed by writ of error
into an appellate tribunal for review, and the judgment of the
latter court is that the record be remitted for further proceed-
ings thereon, such proceedings cannot properly be had until the
record is actually returned to the court of first instance.

---

On defendant's rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER
and VOORHEES.

For the rule, *Wilson & Carr.*

*Contra, Wescott & Wescott.*

VOL. LIII.                              1

The opinion of the court was delivered by

GUMMERE, CHIEF JUSTICE.    This case was tried at the Camden Circuit on April 11th, 1911, in the absence of the defendant, and resulted in a verdict for the plaintiff.    The case had been in the Court of Errors and Appeals on a review of a judgment overruling a demurrer.    The *remittitur* from the Court of Errors and Appeals bears date March 6th, 1911; the file mark endorsed upon it by the clerk of the Court of Errors and Appeals, however, bears date April 24th, 1911, thirteen days after the trial at the Circuit.  The reasonable conclusion to be drawn from these variant dates is that, although the *remittitur* was ordered by the appellate court on the 6th day of March (that being the date upon which the opinion of that court was delivered in the case), the plaintiff's attorney failed to file the *remittitur* in the clerk's office until the 24th of April.   On this assumption the trial was premature, for the writ of error removed the record into the court of review, and that record remained there until the *remittitur* was actually entered.   *Welsh* v. *Brown,* 13 *Vroom* 324.   Moreover, under rule 39 of the Court of Errors and Appeals, the record is not permitted to be actually remitted to the court below until after the expiration of ten days from the date of the entry of the *remittitur,* without a special order of the court.   Until the record was returned the court below was without power to try the case.   For this reason the rule to show cause will be made absolute.